**No. 50022.**—Protests 32731–K, etc., of Copeland & Thompson, Inc. (New York).

Opinion by KEEFE, J.  It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Copeland & Thompson* v.

*United States* (12 Cust. Ct. 85, C. D. 833). In accordance therewith the merchandise was held dutiable as claimed.